LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN KESLAR, Bar No. 191521
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
HASSAN SWAID

FILED
MAR 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HASSAN SWAID, et al.,

    Defendant.          /

No. 4-07-70057 WDB

[PROPOSED] ORDER
RE: SUBSTITUTION
OF COUNSEL

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Law Offices of Paul Delano Wolf, 717 Washington Street, 2nd Floor, Oakland, CA 94607, telephone (510) 451-4600, is substituted as attorney for defendant HASSAN SWAID in the above captioned case in place of H. Ernesto Castillo, 1 Kaiser Plaza, Suite 2300, Oakland, CA 94612, telephone (510) 836-0100.

SO ORDERED.

3-5-07
Date

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF