```
LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
HASSAN SWAID
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00126 DLJ |
| Plaintiff, | **STIPULATION FOR ORDER AND ORDER RELEASING PASSPORTS AND ALLOWING DEFENDANT TO TRAVEL** |
| v. | |
| HASSAN SWAID, et al., | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Hassan Swaid may travel to Freetown, Sierra Leone, for twenty-four (24) days, leaving this District on June 10, 2008 and returning no later than July 3, 2008. United States Pretrial Service Officer Paul Mamaril has advised Mr. Swaid's counsel that he does not oppose Mr. Swaid's travel proposed by this stipulation assuming compliance with the conditions included.

Mr. Swaid is further ordered, prior to his travel, to meet with Pretrial Services Officer Mamaril and provide him with information regarding travel arrangements, including his itinerary and contact information where he may be reached in Sierra Leone during his stay there. In addition, Hassan Swaid is to communicate with the supervising Pretrial Services Officer during (as directed by Pretrial Services) and immediately after

1  his travel.
2          Finally, the Clerk of the Court is ordered to return
3  Mr. Swaid's Sierra Leone passport to him or his attorney
4  forthwith and that the defendant or his attorney return that
5  passport to the Clerk as soon as possible upon his return from
6  that travel.  All other terms of Mr. Swaid's initial pretrial
7  release shall remain in effect.
8          SO STIPULATED.

6/4/08_____              _____/s/_____
Dated                                 KESLIE STEWART
                                      Assistant United States Attorney


6/4/08_____                  _____/s/_____
Dated                                 PAUL DELANO WOLF
                                      Attorney for Defendant
                                      HASSAN SWAID

          SO ORDERED.

 June 4, 2008                         _____/s/ Wayne D. Brazil_____
Dated                                 HONORABLE WAYNE D. BRAZIL
                                      United States District Judge

STIPULATION FOR ORDER AND ORDER RELEASING
PASSPORTS AND ALLOWING DEFENDANT TO TRAVEL                              - 2 -