LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
HASSAN SWAID

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00126 DLJ |
| Plaintiff, | **STIPULATION FOR ORDER AND ORDER RELEASING PASSPORTS AND ALLOWING DEFENDANT TO TRAVEL** |
| v. | |
| HASSAN SWAID, et al., | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Hassan Swaid may travel to Beirut, Lebanon, for twenty-two (22) days, leaving this District on or after October 7, 2008 and returning no later than October 29, 2008.  United States Pretrial Service Officer Paul Mamaril has advised Mr. Swaid's counsel that he does not oppose Mr. Swaid's travel proposed by this stipulation assuming compliance with the conditions included.

Mr. Swaid is further ordered, prior to his travel, to meet with Pretrial Services Officer Mamaril and provide him with information regarding travel arrangements, including his itinerary and contact information where he may be reached in Lebanon during his stay there.  In addition, Hassan Swaid is to communicate with the supervising Pretrial Services Officer during (as directed by Pretrial Services) and immediately after his

1  travel.

2  Finally, the Clerk of the Court is ordered to return
3  Mr. Swaid's Sierra Leone passport to him or his attorney
4  forthwith and that the defendant or his attorney return that
5  passport to the Clerk as soon as possible upon his return from
6  that travel.  All other terms of Mr. Swaid's initial pretrial
7  release shall remain in effect.

8  SO STIPULATED.

9
   _____           _____/s/_____
10 Dated                         KESLIE STEWART
                                 Assistant United States Attorney
11

12
   _____                _____/s/_____
13 Dated                         PAUL DELANO WOLF
                                 Attorney for Defendant
14                               HASSAN SWAID

15
   SO ORDERED.
16
   October 2, 2008               _____
17 Dated                         HONORABLE WAYNE D. BRAZIL
                                 United States District Judge
18

19

20

21

22

23

24

25

26

27

28
   STIPULATION FOR ORDER AND ORDER RELEASING
   PASSPORTS AND ALLOWING DEFENDANT TO TRAVEL                - 2 -