```
LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
HASSAN SWAID
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HASSAN SWAID, et al.,<br><br>    Defendant.              / | No. CR 07-00126 DLJ<br><br>**STIPULATION WAIVING APPEARANCE OF DEFENDANT HASSAN SWAID AND ORDER** |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant Hassan Swaid's presence at the Status/Setting Conference on January 9, 2009 at 11:00 a.m. be waived, pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure.

SO STIPULATED.

```
 12/17/08                    /s/
Dated                       HASSAN SWAID, Defendant


 12/11/08                    /s/
Dated                       PAUL DELANO WOLF
                            Attorney for Defendant Hassan Swaid


 12/12/08                    /s/
Dated                       KESLIE STEWART
                            Assistant United States Attorney
```

SO ORDERED.

```
Dated: December 18, 2008    _____
                            HONORABLE D. LOWELL JENSEN
                            United States District Judge
```