```
1  LAW OFFICES OF PAUL DELANO WOLF
   Paul Delano Wolf, Bar No. 78624
2  717 Washington Street, 2nd Floor
   Oakland, California 94607
3  (510) 451-4600 Telephone
   (510) 451-3002 Fax
4
   Attorney for Defendant
5  HASSAN SWAID
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00126 DLJ |
| Plaintiff, | **STIPULATION FOR ORDER AND ORDER RELEASING PASSPORTS AND ALLOWING DEFENDANT TO TRAVEL** |
| v. | |
| HASSAN SWAID, et al., | |
| Defendant.         / | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Hassan Swaid may travel to Beirut, Lebanon, for thirty-one (31) days, leaving this District on or after December 25, 2008 and returning no later than January 24, 2009.  United States Pretrial Service Officer Paul Mamaril has advised Mr. Swaid's counsel that he does not oppose Mr. Swaid's travel proposed by this stipulation assuming compliance with the conditions included.

Mr. Swaid is further ordered, prior to his travel, to meet with Pretrial Services Officer Mamaril and provide him with information regarding travel arrangements, including his itinerary and contact information where he may be reached in Lebanon during his stay there.  In addition, Hassan Swaid is to communicate with the supervising Pretrial Services Officer during (as directed by Pretrial Services) and immediately after his

1 | travel.

2 | Finally, the Clerk of the Court is ordered to return
3 | Mr. Swaid's Sierra Leone passport to him or his attorney
4 | forthwith and that the defendant or his attorney return that
5 | passport to the Clerk as soon as possible upon his return from
6 | that travel.  All other terms of Mr. Swaid's initial pretrial
7 | release shall remain in effect.

8 | SO STIPULATED.

```
  12/12/08                    /s/
Dated                       KESLIE STEWART
                            Assistant United States Attorney


  12/11/08                    /s/
Dated                       PAUL DELANO WOLF
                            Attorney for Defendant
                            HASSAN SWAID


           SO ORDERED.

December 18, 2008           [signature: Wayne D. Brazil]
Dated                       HONORABLE WAYNE D. BRAZIL
                            United States District Judge
```

STIPULATION FOR ORDER AND ORDER RELEASING
PASSPORTS AND ALLOWING DEFENDANT TO TRAVEL                        - 2 -