```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
     v.                      )    No.  CR-07-126-DLJ
                             )
                             )
HASSAN SWAID,                )    ORDER
SUFIAN KHALIL AL KHALIDI, and)
ROSEMONT WHOLESALE, Inc.     )
                             )
          Defendants.        )
_____)
```

On September 10, 2008, the government filed a Second Superseding Indictment (SSI) charging, <u>inter alia</u>, twenty-nine counts of structuring currency transactions in violation of 31 U.S.C. § 5324(a)(3).  On motion of the government, the Court has dismissed counts 33, 36, 41-48, 51, and 54.  The Court hereby orders that the remaining counts be renumbered as follows:

| Count Number in SSI as to Structuring Currency Transactions | Amended Count Number |
|---|---|
| 26 | 26 |
| 27 | 27 |
| 28 | 28 |
| 29 | 29 |
| 30 | 30 |
| 31 | 31 |
| 32 | 32 |
| 33 | Dismissed |
| 34 | 33 |
| 35 | 34 |
| 36 | Dismissed |

| Count Number in SSI as to Structuring Currency Transactions | Amended Count Number |
|---|---|
| 37 | 35 |
| 38 | 36 |
| 39 | 37 |
| 40 | 38 |
| 41 | Dismissed |
| 42 | Dismissed |
| 43 | Dismissed |
| 44 | Dismissed |
| 45 | Dismissed |
| 46 | Dismissed |
| 47 | Dismissed |
| 48 | Dismissed |
| 49 | 39 |
| 50 | 40 |
| 51 | Dismissed |
| 52 | 41 |
| 53 | 42 |
| 54 | Dismissed |

IT IS SO ORDERED.

Dated: June 16, 2009

_____
D. Lowell Jensen
United States District Judge