JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Acting Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   San Francisco, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>)<br>HASSAN SWAID, )<br>)<br>   Defendant. )<br>)<br>_____ ) | No. CR 07-00126 DLJ<br><br>STIPULATION AND **ORDER** RE BRIEFING SCHEDULE |

     Counsel for the undersigned parties appeared before the Court on July 17, 2009. The Court ordered the following briefing schedule for defendant Hassan' Swaid's motion for new trial:

     Defendant Hassan Swaid's motion for new trial due July 31, 2009;

     United States' response due September 4, 2009;

     Defendant Hassan Swaid's reply due September 9, 2009;

     Hearing on the motion September 11, 2009.

The parties have conferred and agreed to stipulate and jointly propose the following **revised**

STIPULATION RE REVISED BRIEFING SCHEDULE
CR 07-00126 DLJ

**briefing schedule**:

    Defendant Hassan Swaid's motion for new trial due July 31, 2009

    United States' response due August 28, 2009

    Defendant Hassan Swaid's reply due September 4, 2009

    Hearing on the motion September 11, 2009. at 11:00 AM.

SO STIPULATED.

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

Dated:  7/17/09                          /s/
                                            KESLIE STEWART
                                            Assistant United States Attorney

SO STIPULATED.

Dated:  7/17/09                          /s/
                                            PAUL WOLF
                                            Attorney for Defendant Hassan Swaid

IT IS SO ORDERED.

Dated: July 20, 2009
                                            THE HON. D. LOWELL JENSEN
                                            United States District Court