LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
HASSAN SWAID

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HASSAN SWAID, et al.,<br><br>　　　　Defendant.　　　　／ | No. CR 07-00126 DLJ<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING DATE** |

　　　　At the request of undersigned defense counsel who, because of the press of business and absence of staff, is unable to adequately prepare for the currently set sentencing hearing -- particularly the objections and filings that are required before that date,

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties that the sentencing hearing scheduled for defendant Hassan Swaid on October 2, 2009 at 10:00 a.m. be continued to October 16, 2009 at 10:00 a.m.

　　　　SO STIPULATED.

  9/17/09　　　　　　　　　　　　　　　　　　/s/
Dated　　　　　　　　　　　　　　PAUL DELANO WOLF
　　　　　　　　　　　　　　　　　Attorney for Defendant

//

| | | |
|---|---|---|
| 1 | | |
| 2 | 9/17/09<br>Dated | /s/<br>KESLIE STEWART<br>Assistant United States Attorney |
| 3 | | |
| 4 | SO ORDERED. | |
| 5 | September 21, 2009 | |
| 6 | Dated | HONORABLE D. LOWELL JENSEN<br>United States District Judge |

 9/17/09                              /s/
_____            _____
Dated                              KESLIE STEWART
                                   Assistant United States Attorney

           SO ORDERED.

 September 21, 2009
_____            _____
Dated                              HONORABLE D. LOWELL JENSEN
                                   United States District Judge

- 2 -